**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN FRANCISCO DIVISION

10

11   DEUTSCHE BANK NATIONAL TRUST          No. C 13-00738 RS
     CO.,
12                                         **ORDER ADOPTING REPORT AND**
                                           **RECOMMENDATION GRANTING**
                Plaintiff,                 **MOTION TO REMAND AND**
13                                         **DENYING REQUEST FOR**
          v.                               **ATTORNEYS FEES**
14
     GERARD DUENAS and Does 1 through
15   100 inclusive,

16              Defendants.
     _____/
17

18          The United States Magistrate Judge to whom this action was initially assigned issued a

19   report and recommendation that plaintiff's motion to remand be granted and its request for attorneys

20   fees and costs be denied. *See* Dkt. 14.  Specifically, in the Report dated April 2, 2013, the Judge

21   found: (1) defendant's removal was untimely, (2) no diversity jurisdiction exists because the amount

22   in controversy is less than $10,000, (3) there is no federal question jurisdiction as the complaint's

23   only claim for relief is for unlawful detainer under state law, and (4) although defendant's amended

24   notice of removal argues for federal question jurisdiction on the basis of cross-claims alleging

25   violations of the Protecting Tenants of Foreclosure Act (PTFA) or the Fourteenth Amendment to the

26   United States Constitution, no such cross-claims have been filed and, in any event, the PTFA "does

27   not create a private right of action or basis for federal subject matter jurisdiction." *See id.* at 4

28   (quoting *Deutsche Bank Nat. Trust Co. v. Eaddy*, 2012 WL 4173987, at *1 (N.D. Cal. Sept. 18,

1

2012)).  As to plaintiff's request for attorneys fees and costs, the Judge correctly recommended denial of the motion in view of defendant's pro se status, but cautioned him that sanctions could be imposed in the event he improperly removes this action to federal court again in the future.

No party has filed objections to the Report and Recommendation.  Only after it was issued did defendant file an untimely response to plaintiff's motion to remand.  Having considered that response, there is no support for reaching a result different than that recommended by the Magistrate Judge.  The report and recommendation is therefore adopted and incorporated in full, and the case is remanded.  The Clerk is directed to close the case file.

IT IS SO ORDERED.

Dated:  4/17/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2

No. 13-00738 RS
ORDER